# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1575
LT Case No. 16-2021-CP-1940

_____

LANDON L. WILLIAMS, JR.,

    Appellant,

    v.

REGINALD L. WILLIAMS, SR.,
Individually as Personal
Representative of the Estate
Landon L. Williams, Sr., a/k/a
Landon Lovarn Williams, Sr.,
Lanita Williams-Wells, Yolanda
S. Williams, and Michelle D.
Williams,

    Appellees.

_____


On appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Landon L. Williams, Jr., Jacksonville, pro se.

No Appearance for Appellees.

June 25, 2026


PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____